IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY BEITLER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-104 |
| | : | |
| **LEHIGH COUNTY**, *et al* | : | |

# ORDER

**AND NOW**, this 14th day of March 2022, upon screening the incarcerated Plaintiff's pro se Complaint (ECF No. 2) after granting him leave to proceed without paying the filing fees (ECF Doc.No. 6), confirming Plaintiff adopted his allegations although he did not sign his Complaint (ECF Doc. No. 10), and for reasons in the accompanying Memorandum, it is **ORDERED**:

    1.    We **DISMISS** the Complaint (ECF Doc. No. 2) for failure to state a claim:

        a.    **with prejudice** as to all claims against the City of Allentown, the Lehigh County Prison, *The Morning Call* and *The Morning Call* Editor (2020-2021) and **dismiss** these four parties;

        b.    **without prejudice** as to all claims against Lehigh County, PrimeCare Medical and C.O. Nattress, Sgt. Sheaffer, Warden Russell, Director Donate, and the unidentified Lieutenant with leave to file claims consistent with the accompanying Memorandum and Federal Rule 11 in an amended Complaint filed no later than **April 15, 2022;**

    2.    The Clerk of Court and parties shall **amend the caption** to reflect the remaining parties as captioned above; and,

3. The Clerk of Court shall, under cover of this Order, send Plaintiff a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number to assist in timely filing an amended Complaint as also available on the Court's website at http://www.paed.uscourts.gov/documents/forms/frmc1983f.pdf.

**KEARNEY, J.**